Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
March 15, 2007









 

Petition
for Writ of Mandamus Dismissed and Memorandum Opinion filed March 15, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00207-CV

____________

 

IN RE RAY ALBERT JONES, JR., Relator

 

 





 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 





 

M E M O R
A N D U M   O P I N I O N

On March
12, 2007, relator filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the
petition, relator asked this court to compel Bill White, the Mayor of the City
of Houston, to notify relator whether his application for a place on the City
of Houston Special Election Ballot had been rejected.  Relator also filed
a motion for emergency temporary relief.

Subsequently,
relator filed a motion to withdraw the petition for writ of mandamus and motion
for emergency relief.  Accordingly, we grant relator=s motion.d dismiss the petition for
writ of mandamus. The motion for emergency relief is denied as moot. 

 

 

PER CURIAM

 

Petition Dismissed and Memorandum
Opinion filed March 15, 2007.

Panel consists of Justices Yates,
Frost, and Seymore.